## CLYDE JAMES V. THE STATE.

No. 19649.   Delivered April 6, 1938.
Rehearing denied May 18, 1938.

The opinion states the case.

*Eddie Roark* and *R. L. Wade,* both of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; penalty assessed at confinement in the penitentiary for a period of four years.

The indictment appears regular. The record is before this Court without a statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been perceived justifying a reversal, the judgment of the trial court is affirmed.

### ON MOTION FOR REHEARING.

GRAVES, JUDGE.—It is our opinion that this cause was properly disposed of in our original opinion. We see no reason for changing our views herein.

The motion will be overruled.